| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Century Design Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-7430954** |
| 4. | Debtor's address | **Principal place of business**<br><br>**7030 Carroll Road**<br>**San Diego, CA 92121**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.centurydesign.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **Century Design Inc.**                                                    Case number *(if known)*
Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

3332

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No. ☐ Yes. |
|---|---|---|

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Century Design Inc.** | Case number (*if known*) | |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Century Design Inc.**                                                Case number (if known) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **Century Design Inc.**                                             Case number (if known)
          Name

| **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    09 / 28 / 2025
               MM / DD / YYYY

X _____    **Keith W. McConnell**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer/President**

**18. Signature of attorney**    X    /s/Michel Jay Berger                Date    9/26/2025
                                 Signature of attorney for debtor              MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**    Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Century Design Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G  Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09-26-2025   x _____
Signature of individual signing on behalf of debtor

**Keith W. McConnell**
Printed name

**Chief Executive Officer/President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name | Century Design Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amor Works 6677 W Frye Rd Ste 24 Chandler, AZ 85226 | | vendor | | | | $9,210.00 |
| Applied Industrial Tech 701 W Anaheim St. Long Beach, CA 90813 | | vendor | | | | $1,822.32 |
| Carbitex, Inc. c/o Vorys, Sater, Seymour 2211 Michelson Drive, Ste 500 Irvine, CA 92612 | | request for entry of default judgment (machine order in 2021). Carbitex, Inc. backed out of the order when the machine was almost complete and sued Debtor to collect the payments back for a cancelled order. | Contingent Unliquidated Disputed | | | $525,000.00 |
| D Tech Precision 16151 Cairnway Dr, Suite 100 Houston, TX 77084 | | vendor | | | | $1,845.12 |
| Desert Powder Coating, LLC 3883 W Lower Buckeye Rd Phoenix, AZ 85009 | | vendor | | | | $3,623.83 |
| Electrical Sales Inc. 2300 La Mirada Dr Vista, CA 92081 | | vendor | | | | $1,318.34 |

Debtor    **Century Design Inc.**                                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flexy Foam 2155 Paseo de las Americas, Ste 34 San Diego, CA 92154 | | vendor | | | | $636.00 |
| Gemma Romero c/o Lehr Law, APC 1420 Kettner Blvd., Ste 100 San Diego, CA 92101 | | workers' compensation | Contingent Unliquidated Disputed | | | Unknown |
| Gupta Evans & Ayres, PC 5353 Mission Center Rd, 215 San Diego, CA 92108 | | legal fees in connection with Gemma Romero case | Contingent Unliquidated Disputed | | | $146,713.00 |
| Isel USA, Inc. 69 Bloomingdale Rd Hicksville, NY 11801 | | vendor | | | | $3,965.18 |
| KTL Manufacturing 6700 Gateway Park Dr San Diego, CA 92154 | | vendor | | | | $6,053.86 |
| Next Point Bearing Global Bearing & Com 28364 Ave Crocker Valencia, CA 91355 | | vendor | | | | $3,778.00 |
| R2R Engineering, LLC 260 Industrial Dr Wauconda, IL 60084 | | vendor | | | | $10,063.75 |
| Roll-2-Roll Technologies 1110 S Innovation Dr Stillwater, OK 74074 | | vendor | | | | $5,543.94 |
| The Freeman Company 3801 Adler Dr. Suite 100 Dallas, TX 75211 | | vendor | | | | $1,686.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name     **Century Design Inc.** |
| United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................   $                    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .........................................................................................   $           174,341.84

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................   $           174,341.84

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............   $           814,882.84

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................   $                    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................   +$           721,259.34

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                     $         1,536,142.18

**Fill in this information to identify the case:**

Debtor name   Century Design Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | California Bank and Trust | Checking account | 0178 | $1,589.48 |
| 3.2 | California Bank and Trust | Checking account | | $8,459.98 |

4.  Other cash equivalents *(Identify all)*

5.  Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$10,049.46

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Lease deposit (Mira Mar Investments) | $8,879.50 |

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Debtor | Century Design Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | Total of Part 2. | $8,879.50 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    Accounts receivable

| 11a. 90 days old or less: | 24,462.88 | – | 0.00 | = | $24,462.88 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | Total of Part 3. | $24,462.88 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw materials | 8/15/2025 | $0.00 | Liquidation | $26,250.00 |
| 20. | Work in progress<br>Work in progress<br>all of costs associated<br>with current program<br>majority has been paid | 9/5/2025 | $0.00 | Liquidation | $75,500.00 |

21.    Finished goods, including goods held for resale

22.    Other inventory or supplies

| 23. | Total of Part 5. | $101,750.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

Debtor   **Century Design Inc.**
_____        Case number *(If known)* _____
Name

- ☑ No
- ☐ Yes. Book value _____     Valuation method _____     Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39   Office furniture<br>Office furniture | $0.00 | Liquidation | $1,300.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment | $0.00 | Liquidation | $12,500.00 |
| 42   Collectibles *Examples* Antiques and figurines, paintings, prints, or other artwork: books, pictures, or other art objects; china and crystal, stamp, coin, or baseball card collections, other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.     $13,800.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46 **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9
- ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Century Design Inc.**                                         Case number *(if known)*  _____
Name

| | | | |
|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | |
| 47.1. | 2006 Ford Pick-up Truck | $0.00 | $5,400.00 |
| 47.2. | 2023 Kia Sportage (leased) | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 48. | Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 48.1. | Forklift (Caterpillar) | $0.00 | $10,000.00 |

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.                                      **$15,400.00**

52. Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets **Machine Patent** | $0.00 | | $0.00 |
| 61. Internet domain names and websites **www.centurydesign.com** | $0.00 | | $0.00 |

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

Debtor     **Century Design Inc.**                                    Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| **Machine designs**<br>**Schematics**<br>**Build Books**<br>Procedures | $0.00 | $0.00 |

65.  Goodwill

66.  Total of Part 10.                                                         $0.00
     Add lines 60 through 65. Copy the total to line 89.

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ■ No
     ☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 11:     All other assets**

70.  Does the debtor own any other assets that have not yet been reported on this form?
     Include all interests in executory contracts and unexpired leases not previously reported on this form

     ■ No. Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    __Century Design Inc._____        Case number *(if known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $10,049.46 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $8,879.50 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $24,462.88 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $101,750.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $13,800.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $15,400.00 | |
| 88. Real property. *Copy line 56, Part 9* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . > | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.*    + | $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $174,341.84    + 91b | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $174,341.84 |

**Fill in this information to identify the case:**

Debtor name    Century Design Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2 List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Bank of Southern California**<br>Creditor's Name<br><br>c/o DKM Law Group, LLP<br>50 California Street, Suite 15<br>San Francisco, CA 94111<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor's assets** | | $214,016.79 | Unknown |

Describe the lien
**UCC Financing Statement from 2014/Superseded by Notice of Judgment Lien obtained in 2025**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**9/12/2014, 7/15/25 and 7/16/25**
Last 4 digits of account number
**6421**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **Exim Bank**<br>Creditor's Name<br><br>811 Vermont Avenue<br>Washington, DC 20571<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | | $593,055.05 | Unknown |

Describe the lien
**Security Interest in Assets of the Program**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/8/2022**
Last 4 digits of account number
**5624**

Debtor    Century Design Inc.                                    Case number (if known)
           Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ✓ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2 3 | Kia Finance | Describe debtor's property that is subject to a lien | $7,811.00 | Unknown |
|---|---|---|---|---|

**Kia Finance**
Creditor's Name

**2023 Kia Sportage (leased)**

PO Box 20825
Fountain Valley, CA 92728
Creditor's mailing address

Describe the lien

**Auto Lease**

Is the creditor an insider or related party?

✓ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

✓ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/4/2023**

Last 4 digits of account number
**5937**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ✓ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$814,882.84**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of Southern California 12265 El Camino Real, Ste 210 San Diego, CA 92130 | Line 2.1 | |
| GBC International Bank 333 South Grand Ave, Ste 3500 Los Angeles, CA 90071 | Line 2.2 | |

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

| Fill in this information to identify the case: |
| --- |

Debtor name   **Century Design Inc.**

United States Bankruptcy Court for the   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,210.00 |
| --- | --- | --- | --- |
| | **Amor Works** | ☐ Contingent | |
| | **6677 W Frye Rd Ste 24** | ☐ Unliquidated | |
| | **Chandler, AZ 85226** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,822.32 |
| --- | --- | --- | --- |
| | **Applied Industrial Tech** | ☐ Contingent | |
| | **701 W Anaheim St.** | ☐ Unliquidated | |
| | **Long Beach, CA 90813** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525,000.00 |
| --- | --- | --- | --- |
| | **Carbitex, Inc.** | ■ Contingent | |
| | **c/o Vorys, Sater, Seymour** | ■ Unliquidated | |
| | **2211 Michelson Drive, Ste 500** | ■ Disputed | |
| | **Irvine, CA 92612** | | |
| | Date(s) debt was incurred  **6/25/2025** | Basis for the claim:  **request for a default judgment (machine order in** | |
| | Last 4 digits of account number  **391C** | **2021).  Carbitex, Inc, backed out of the order when the machine was almost complete and sued Debtor to collect the payments back for a cancelled order.** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,845.12 |
| --- | --- | --- | --- |
| | **D Tech Precision** | ☐ Contingent | |
| | **16151 Cairnway Dr, Suite 100** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Century Design Inc.**                              Case number (if known) _____
  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,623.83 |
|---|---|---|---|

**Desert Powder Coating, LLC**
3883 W Lower Buckeye Rd
Phoenix, AZ 85009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  vendor

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,318.34 |
|---|---|---|---|

**Electrical Sales Inc.**
2300 La Mirada Dr
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023 - 2025

Basis for the claim:  vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $636.00 |
|---|---|---|---|

**Flexy Foam**
2155 Paseo de las Americas,
Ste 34
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

**Gemma Romero**
c/o Lehr Law, APC
1420 Kettner Blvd., Ste 100
San Diego, CA 92101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  8/7/2025

Basis for the claim:  workers' compensation

Last 4 digits of account number  LCTL

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $146,713.00 |
|---|---|---|---|

**Gupta Evans & Ayres, PC**
5353 Mission Center Rd, 215
San Diego, CA 92108

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2/6/2025

Basis for the claim:  legal fees in connection with Gemma Romero case

Last 4 digits of account number  559C

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,965.18 |
|---|---|---|---|

**Isel USA, Inc.**
69 Bloomingdale Rd
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,053.86 |
|---|---|---|---|

**KTL Manufacturing**
6700 Gateway Park Dr
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Century Design Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12** | Nonpriority creditor's name and mailing address

Next Point Bearing
Global Bearing & Com
28364 Ave Crocker
Valencia, CA 91355

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,778.00**

---

**3.13** | Nonpriority creditor's name and mailing address

R2R Engineering, LLC
260 Industrial Dr
Wauconda, IL 60084

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,063.75**

---

**3.14** | Nonpriority creditor's name and mailing address

Roll-2-Roll Technologies
1110 S Innovation Dr
Stillwater, OK 74074

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,543.94**

---

**3.15** | Nonpriority creditor's name and mailing address

The Freeman Company
3801 Adler Dr. Suite 100
Dallas, TX 75211

Date(s) debt was incurred  2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,686.00**

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b  + | $ | 721,259.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c | 5c. | $ | 721,259.34 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Century Design Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Multi-Tenant Lease between Carrol Industrial, L.P. ("Landlord") and Century Design Inc. ("Tenant") for the premises commonly known as 7030 Carroll Road, San Diego, CA 92121 ("Premises"). Pursuant to 1st Amendment to the Lease, the expiration date is July 31, 2026. Current base rent is $7,640.50 + $1,239 estimated monthly CAM charges. Debtor wishes to assume the lease.** | |
| | State the term remaining | **July 31, 2026** | |
| | List the contract number of any government contract | | Carrol Industrial, L.P. 8400 Miramar Rd Suite 270 San Diego, CA 92126 |

| | | | |
|---|---|---|---|
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for a 2023 Kia.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kia Finance PO Box 20825 Fountain Valley, CA 92728 |

| Fill in this information to identify the case: |
|---|

Debtor name   __Century Design Inc.__

United States Bankruptcy Court for the:   __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Keith McConnell** | **7485 Trade Street, Ste A San Diego, CA 92121** | **Bank of Southern California** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Keith McConnell | **1382 Evergreen Cardiff Cardiff by the Sea, CA 92007** | Carbitex, Inc. | ☐ D _____ <br> ■ E/F ___3.3___ <br> ☐ G _____ |
| 2.3 | **Keith McConnell** | **1382 Evergreen Cardiff Cardiff by the Sea, CA 92007** | **Gupta Evans & Ayres, PC** | ☐ D _____ <br> ■ E/F ___3.9___ <br> ☐ G _____ |
| 2.4 | Keith McConnell | **1382 Evergreen Cardiff Cardiff by the Sea, CA 92007** | Exim Bank | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **KMC Equity, Inc.** | **1382 Evergreen Drive Cardiff by the Sea, CA 92007** | **Bank of Southern California** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   Century Design Inc.                                    Case number (if known)

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1  **Codebtor**                                        Column 2  **Creditor**

**Fill in this information to identify the case:**

Debtor name     **Century Design Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**
   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>☑ Other  **Gross receipts** | $1,330,616.44 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>☑ Other  **Gross receipts** | $1,214,436.18 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>☑ Other  **Gross receipts** | $1,286,444.88 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)
   ☑ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Century Design Inc. | Case number (if known) | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Keith McConnell** 1382 Evergreen Cardiff Cardiff by the Sea, CA 92007 Debtor's principal/owner | 1/1/2025 - 8/24/2025 | $115,200.00 | compensation |
| 4.2. | **Samantha Love** 36812 Camino Springs Avenue Murrieta, CA 92563 daughter of Keith McConnel | 1/1/25 - 8/24/25 | $51,120.44 | compensation |
| 4.3. | **MacKenzie Toombs** 41214 Sea Island Ct. Temecula, CA 92591 daughter of Keith McConnel | 1/1/2025 - 8/24/2025 | $16,875.00 | compensation |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gemma Romero v. Century Design, Inc., et al** 37-2019-00014714-CU-PL-CTL | **Workers Compensation Claim** | **Superior Court of California County of San Diego** 330 W. Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. | **Bank of Southern California, N.A. v. Century Design, Inc., et al.** 37-2024-00004682-CU-BC-CTL | **Breach of Contract** | **Superior Court of California County of San Diego** 330 W. Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.3. | **Gupta Evans v. Century Design Inc.** 25CU006559C | **Workers' compensation claim** | **Superior Court of California County of San Diego** 330 W. Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |

Debtor    **Century Design Inc.**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Carbitex, Inc. v. Century Design, Inc., et al.**<br>**25CU033391C** | **Breach of Contract** | **Superior Court of California County of San Diego**<br>**330 W. Broadway**<br>**San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.
☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**
☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**
☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | | 8/1/2025:<br>**$25,000**<br>8/4/2025:<br>**$1,738** | **$26,738.00** |
| | Email or website address<br>**Michael.Berger@bankruptcypower.com** | | | |
| | Who made the payment, if not debtor?<br>**Samantha Love - daughter of Debtor's principal Keith McConnell** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Century Design Inc.**                                                       Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None.

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Century Design Inc.**                                                       Case number *(if known)*

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **California Bank and Trust** <br> **3737 Fifth Avenue, Ste 100** <br> **San Diego, CA 92103** | XXXX-0178 | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Century Design Inc.**                                         Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Cbiz Mhm, LLC**<br>**13500 Evening Creek Drive North, Ste 450**<br>**San Diego, CA 92128** | **since 2020 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Century Design Inc.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Keith McConnell** | **1382 Evergreen Cardiff**<br>**Cardiff by the Sea, CA 92007** | **President and CEO** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 | **Keith McConnell**<br>**1382 Evergreen Cardiff**<br>**Cardiff by the Sea, CA 92007** | **$115,200** | **1/1/25 - 8/24/25** | **officer compensation** |
| | Relationship to debtor<br>**President, CEO, and Owner** | | | |
| 30.2 | **Samantha Love**<br>**36812 Camino Springs Avenue**<br>**Murrieta, CA 92563** | **$51,120.44** | **1/1/25 - 8/24/25** | **compensation** |
| | Relationship to debtor<br>**Daughter of Keith McConnell** | | | |
| 30.3 | **MacKenzie Toombs**<br>**41214 Sea Island Ct.**<br>**Temecula, CA 92591** | **$16,875.00** | **1/1/25 - 8/24/25** | **compensation. Ms. Toombs worked less hours because she was on a maternity leave.** |
| | Relationship to debtor<br>**Daughter of Keith McConnell** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    __Century Design Inc.__                                      Case number *(if known)* _____

- [ ] No
- [ ] Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [x] No
- [ ] Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the pension fund**

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_____          __Keith W. McConnell_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Chief Executive Officer/President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- [x] No
- [ ] Yes

Debtor   **Century Design Inc.**                                    Case number (if known) _____

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                               **Employer Identification number of the pension fund**

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on          9-26-25

_____              **Keith W. McConnell**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Executive Officer/President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of California

In re   **Century Design Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | S | **25,000.00** |
| Prior to the filing of this statement I have received A RETAINER OF | S | **25,000.00** |
| Balance Due | S | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    **Samantha Love, daughter of Keith McConnell, paid the retainer and the filing fee directly to the Law Offices of Michael Jay Berger as gift contributions on behalf of the Debtor. She is not a creditor of the Debtor and no repayment is being sought.**

3.   The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date   9/26/25

Michael Jay Berger
*Signature of Attorney*
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223   Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re   Century Design Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Keith McConnell<br>1382 Evergreen Cardiff<br>Cardiff by the Sea, CA 92007 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Keith McConnell, the **Chief Executive Officer/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   9-26-25

Signature _____

Keith W. McConnell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223**
**100291 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Century Design Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.                    TOTAL NO. OF CREDITORS: **24**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.      TOTAL NO. OF CREDITORS: _____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:        9-26-25

**Keith W. McConnell Chief Executive Officer/President**
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)    Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)    A creditors matrix with Verification is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be originally typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    Scannable matrix format required.

    b)    The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the REVERSE side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Amor Works
6677 W Frye Rd Ste 24
Chandler, AZ 85226


Applied Industrial Tech
701 W Anaheim St.
Long Beach, CA 90813


Bank of Southern California
c/o DKM Law Group, LLP
50 California Street, Suite 15
San Francisco, CA 94111


Bank of Southern California
12265 El Camino Real, Ste 210
San Diego, CA 92130


Carbitex, Inc.
c/o Vorys, Sater, Seymour
2211 Michelson Drive, Ste 500
Irvine, CA 92612


Carrol Industrial, L.P.
8400 Miramar Rd Suite 270
San Diego, CA 92126


D Tech Precision
16151 Cairnway Dr, Suite 100
Houston, TX 77084


Desert Powder Coating, LLC
3883 W Lower Buckeye Rd
Phoenix, AZ 85009


Electrical Sales Inc.
2300 La Mirada Dr
Vista, CA 92081

Exim Bank
811 Vermont Avenue
Washington, DC 20571


Flexy Foam
2155 Paseo de las Americas,
Ste 34
San Diego, CA 92154


GBC International Bank
333 South Grand Ave, Ste 3500
Los Angeles, CA 90071


Gemma Romero
c/o Lehr Law, APC
1420 Kettner Blvd., Ste 100
San Diego, CA 92101


Gupta Evans & Ayres, PC
5353 Mission Center Rd, 215
San Diego, CA 92108


Isel USA, Inc.
69 Bloomingdale Rd
Hicksville, NY 11801


Keith McConnell
7485 Trade Street, Ste A
San Diego, CA 92121


Keith McConnell
1382 Evergreen Cardiff
Cardiff by the Sea, CA 92007


Kia Finance
PO Box 20825
Fountain Valley, CA 92728

KMC Equity, Inc.
1382 Evergreen Drive
Cardiff by the Sea, CA 92007

KTL Manufacturing
6700 Gateway Park Dr
San Diego, CA 92154

Next Point Bearing
Global Bearing & Com
28364 Ave Crocker
Valencia, CA 91355

R2R Engineering, LLC
260 Industrial Dr
Wauconda, IL 60084

Roll-2-Roll Technologies
1110 S Innovation Dr
Stillwater, OK 74074

The Freeman Company
3801 Adler Dr. Suite 100
Dallas, TX 75211

CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
**Law Offices of Michael Jay Berger**
**Michael Jay Berger (SBN 100291)**
**Sofya Davtyan (SBN 259544)**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**Phone: (310) 271-6223 / Fax: (310) 271-9805**
**E-mail: Michael.Berger@bankruptcypower.com**
**E-mail: Sofya.Davtyan@bankruptcypower.com**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re: <br><br> **Century Design Inc.** <br><br><br> Debtor. | Bankruptcy No. |
| <br> Plaintiff(s) | Adversary No. |
| V. <br><br> Defendant(s) | [add if filed in response to hearing] <br> Date of Hearing: <br> Time of Hearing: <br> Name of Judge: |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

_____**Century Design Inc.**_____ , a
[Name of Corporate Party]

(check one)

☑ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s):  (check one)

☑    All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

      **Keith McConnell**
      **1382 Evergreen Cardiff**
      **Cardiff by the Sea, CA 92007**

OR

☐    There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated:  **9/26/2025** _____        **/s/Michael Jay Berger** _____

                                    **Michael Jay Berger**
                                    Attorney Signature