CSD 1180 [08/01/24]

Name, Address, Telephone No. & I.D. No.
Michael Jay Berger (SBN 100291)
Law Offices of Michael Jay Berger
9454 Wilshire Blvd., 6th Fl.
Beverly Hills, CA 90212
Tel.: 310-271-6223
Fax: 310-271-9805
Michael.Berger@bankruptcypower.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Century Design Inc

BANKRUPTCY NO. 25-bk-03975-CL11

Tax I.D.(EIN)#: 95-7430954   /S.S.#:XXX-XX-_____   Debtor(s)

**NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

TO OTHER PARTIES IN INTEREST:

**You are hereby notified** that Century Design Inc.
(select one:)  ☐ the Trustee    ☐ United States Trustee    ☒ Debtor-in-Possession    ☐ Creditor,
proposes to:  (check all that apply)

☐ Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)] and not free and clear of liens and interests[1];

☐ Abandon the following property [description of property to be abandoned];

☐ Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];

☐ Seek allowance of compensation or remuneration to debtor(s) or insiders as provided by LBR 4002-2;

☐ Seek compensation, commissions, or expenses of professionals to the extent the aggregate compensation and expenses exceed $1,000 as governed by FRBP 2002(a)(6);

☐ Seek compensation for reimbursement of expenses from the estate when the application is that of the trustee only;

☐ Intended dismissal of a complaint or cause of action for denial of discharge under 11 U.S.C. § 727, provided by FRBP 7041;

☒ Other [specify the nature of the matter]:
   EMPLOY MICHAEL JAY BERGER AS IT GENERAL BANKRUPTCY COUNSEL

---

[1] Note that Form CSD 1199 applies to sales free and clear of liens and interests.

CSD 1180 [08/01/24]

If you object to the proposed action:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - CL    - call (619) 557-6019    - DEPARTMENT ONE (Room 218)
    - JBM   - call (619) 557-5157    - DEPARTMENT TWO (Room 118)
    - LT    - call (619) 557-5157    - DEPARTMENT THREE (Room 129)

2. **Within 14[2] days from the date of service of this motion**, you are further required to serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 14-day[2] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: 10/20/2025

_____
Moving Party or Attorney

---

[2] Depending on how you were served, you may have additional time for response. See FRBP 9006.