CSD 1100 [07/05/24]

Name, Address, Telephone No. & I.D. No.
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223**
**100291 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Century Design Inc.**

BANKRUPTCY NO. **25-03975-11**

Debtor.

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☑ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - ☑ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$34.00 fee required. See instructions on reverse side
  - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: **October 21, 2025**           Signature  **/s/ Michael Jay Berger**
                                                    Attorney for Debtor

**Debtor(s) signature required on page 2. Server's signature required on page 3.**

**Fill in this information to identify the case:**

Debtor name: **Century Design Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): **25-03975-11**

☑ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Bank of Southern California**
Creditor's Name

c/o DKM Law Group, LLP
50 California Street, Suite 15
San Francisco, CA 94111
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/12/2014, 7/15/25 and 7/16/25**
Last 4 digits of account number
**6421**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets**

Describe the lien
**UCC Financing Statement from 2014/Superseded by Notice of Judgment Lien obtained in 2025**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$214,016.79** — Unknown

**2.2 Exim Bank**
Creditor's Name

811 Vermont Avenue
Washington, DC 20571
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/8/2022**
Last 4 digits of account number
**5624**

Describe debtor's property that is subject to a lien

Describe the lien
**Security Interest in Assets of the Program**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$593,055.05** — Unknown

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | Century Design Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Kia Finance | Describe debtor's property that is subject to a lien | $7,811.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | 2023 Kia Sportage (leased) | | |

PO Box 20825
Fountain Valley, CA 92728
*Creditor's mailing address*

**Describe the lien**
Auto Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/4/2023

**Last 4 digits of account number**
5937

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$814,882.84**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of Southern California<br>12265 El Camino Real, Ste 210<br>San Diego, CA 92130 | Line 2.1 | |
| GBC International Bank<br>333 South Grand Ave, Ste 3500<br>Los Angeles, CA 90071 | Line 2.2 | |
| Export-Import Bank of San Diego<br>Attn: Sandra Donzella, Managing Director<br>9449 Balboa Avenue, Suite 111<br>San Diego, CA 92123 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name: **Century Design Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): **25-03975-11**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                          Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Amor Works**<br>6677 W Frye Rd Ste 24<br>Chandler, AZ 85226<br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **vendor**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$9,210.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Applied Industrial Tech**<br>701 W Anaheim St.<br>Long Beach, CA 90813<br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **vendor**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,822.32** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Basso Family Ventures**<br>Attn: Jason Baker, Esq.<br>5820 Oberlin Dr. Ste. 205<br>San Diego, CA 92121<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ☒ No ☐ Yes | **$196,177.50** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>PO Box 60024<br>City Of Industry, CA 91716<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **business credit card**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$7,151.00** |

| Debtor | Century Design Inc. | Case number (if known) | 25-03975-11 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Carbitex, Inc.<br>c/o Vorys, Sater, Seymour<br>2211 Michelson Drive, Ste 500<br>Irvine, CA 92612<br>Date(s) debt was incurred  6/25/2025<br>Last 4 digits of account number  391C | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: request for a default judgment (machine order in 2021). Carbitex, Inc, backed out of the order when the machine was almost complete and sued Debtor to collect the payments back for a cancelled order.<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $525,000.00 |
|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>D Tech Precision<br>16151 Cairnway Dr, Suite 100<br>Houston, TX 77084<br>Date(s) debt was incurred  2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,845.12 |
| 3.7 | Nonpriority creditor's name and mailing address<br>Desert Powder Coating, LLC<br>3883 W Lower Buckeye Rd<br>Phoenix, AZ 85009<br>Date(s) debt was incurred  2024<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,623.83 |
| 3.8 | Nonpriority creditor's name and mailing address<br>Electrical Sales Inc.<br>2300 La Mirada Dr<br>Vista, CA 92081<br>Date(s) debt was incurred  2023 - 2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,318.34 |
| 3.9 | Nonpriority creditor's name and mailing address<br>Flexy Foam<br>2155 Paseo de las Americas, Ste 34<br>San Diego, CA 92154<br>Date(s) debt was incurred  2024<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $636.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>Gemma Romero<br>c/o Lehr Law, APC<br>1420 Kettner Blvd., Ste 100<br>San Diego, CA 92101<br>Date(s) debt was incurred  8/7/2025<br>Last 4 digits of account number  LCTL | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: workers' compensation<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.11 | Nonpriority creditor's name and mailing address<br>Gupta Evans & Ayres, PC<br>5353 Mission Center Rd, 215<br>San Diego, CA 92108<br>Date(s) debt was incurred  2/6/2025<br>Last 4 digits of account number  559C | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: legal fees in connection with Gemma Romero case<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $146,713.00 |

| Debtor | Century Design Inc. | Case number (if known) | 25-03975-11 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,965.18 |
|---|---|---|---|
| | Isel USA, Inc.<br>69 Bloomingdale Rd<br>Hicksville, NY 11801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,053.86 |
|---|---|---|---|
| | KTL Manufacturing<br>6700 Gateway Park Dr<br>San Diego, CA 92154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,778.00 |
|---|---|---|---|
| | Next Point Bearing<br>Global Bearing & Com<br>28364 Ave Crocker<br>Valencia, CA 91355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $10,063.75 |
|---|---|---|---|
| | R2R Engineering, LLC<br>260 Industrial Dr<br>Wauconda, IL 60084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,543.94 |
|---|---|---|---|
| | Roll-2-Roll Technologies<br>1110 S Innovation Dr<br>Stillwater, OK 74074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,686.00 |
|---|---|---|---|
| | The Freeman Company<br>3801 Adler Dr. Suite 100<br>Dallas, TX 75211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2024 | Basis for the claim: vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| Debtor | Century Design Inc. | Case number (if known) | 25-03975-11 |
|---|---|---|---|
| | Name | | |

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 924,587.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 924,587.84 |

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223**
**100291 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Century Design Inc.**

BANKRUPTCY NO. **25-03975-11**

Debtor.

## VERIFICATION OF CREDITOR MATRIX

**PART I** (check and complete one):

☐ New petition filed. Creditor diskette required.      TOTAL NO. OF CREDITORS: **2**

☐ Conversion filed on _____. See instructions on reverse side.
   ☐ Former Chapter 13 converting. Creditor diskette required.      TOTAL NO. OF CREDITORS: ____
   ☐ Post-petition creditors added. Scannable matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☑ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. See instructions on reverse side.
   ☑ Names and addresses are being ADDED.
   ☐ Names and addresses are being DELETED.
   ☐ Names and addresses are being CORRECTED.

**PART II** (check one):

☑ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **October 21, 2025**

Keith W. McConnell/Chief Executive Officer/President
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Basso Family Ventures
Attn: Jason Baker, Esq.
5820 Oberlin Dr., Ste. 205
San Diego, CA 92121

Export-Import Bank of San Deigo
Attn: Sandra Donzella, Managing Director
9449 Balboa Ave., Ste. 111
San Diego, CA 92123

CSD 1100 [07/05/24]

## DECLARATION OF DEBTOR

I [We] __Keith W. McConnell__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: October 21, 2025

_____ *Debtor Signature*   _____ *Joint Debtor Signature*

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain only the information to be changed or added. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed _after_ the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this Amendment on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __10/21/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☑ For Chapter. 7, 11, & 12 cases:            ☐ For Chapter 13 cases:

UNITED STATES TRUSTEE                    MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                  mkoch@ch13.sdcoxmail.com

CSD 1100 [07/05/24]

2. **Served by United States Mail:**

On __10/21/2025__, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Basso Family Ventures
Attn: Jason Baker, Esq.
5820 Oberlin Dr., Ste. 205
San Diego, CA 92121

Export-Import Bank of San Deigo
Attn: Sandra Donzella, Managing Director
9449 Balboa Ave., Ste. 111
San Diego, CA 92123

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  __October 21, 2025__
            (Date)

/s/ Michael Jay Berger
**Michael Jay Berger**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Address