MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:     (310) 271-9805
michael.berger@bankruptcypower.com
sofya.davtyan@bankruptcypower.com

Attorney for Debtor-in-Possession,
Century Design, Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.: 25-bk-03975-CL11 |
| | Chapter 11 |
| Century Design, Inc., | **AMENDED MOTION TO APPROVE AND CONFIRM DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 8, 2026** |
| Debtor-in-Possession. | |
| | *Hearing Scheduled For* |
| | DATE: June 29, 2026 |
| | TIME:  2:00 p.m. |
| | PLACE: Courtroom 1, Room 218 |
| | 329 F St., San Diego, CA 92101 |
| | JUDGE: Hon. Christopher B. Latham |

Debtor-in-Possession CENTURY DESIGN INC. (the "Debtor") hereby moves for an Order approving and confirming its Amended Plan of Reorganization dated May 8, 2026 (the "Motion").

AMENDED MOTION TO APPROVE AND CONFIRM DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED
MAY 8, 2026

This Motion is brought pursuant to 11 U.S.C. §§1126 and 1129 and FRBP Rule 3018, on the grounds that the proposed plan meets all requirements for approval and confirmation within the provisions of those sections.

The instant Motion amends and updates the Motion to Approve and Confirm Debtor's Amended Plan of Reorganization Dated May 8, 2026 [docket no. 141]. The Motion is based on the Notice of Hearing filed May 8, 2026 [docket no. 142], and Motion and the Proposed Plan of Reorganization filed on May 8, 2026 [docket no. 140].

LAW OFFICES OF MICHAEL JAY BERGER

Dated: June 1, 2026                    By:    /s/ Michael Jay Berger
                                              Michael Jay Berger
                                              Sofya Davtyan
                                              Attorneys for Debtor,
                                              Century Design, Inc.

2

AMENDED MOTION TO APPROVE AND CONFIRM DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 8, 2026

**CREDITORS MAY OBJECT TO CONFIRMATION OF THE PLAN BUT UNIMPAIRED CLASSES ARE DEEMED TO ACCEPT THE PLAN, AND THUS, THERE IS NO NEED TO SOLICIT THEIR VOTE**

An unimpaired creditor-class lacks standing to object to their "treatment" under the Plan, but they still have standing to raise other generalized confirmation objections set forth in 11 U.S.C. §1129. Pursuant to 11 U.S.C. §1126(f), a creditor in an unimpaired class is deemed to accept the plan, and thus the solicitation of votes from such unimpaired class is not required:

> "(f) Notwithstanding any other provision of this section, a class that is not impaired under a plan, and each holder of a claim or interest of such class, are **conclusively presumed to have accepted the plan**, and **solicitation of acceptances** with respect to such class from the holders of claims or interests of such class **is not required**. 11 U.S.C."
> -§1126(f) (emphasis added).

In this case all creditors who are proposed to receive the full amount of their allowed claims over time with interest at the federal legal rate are unimpaired.  As such, solicitation of their votes is not required. All classes of creditors who are not receiving full payment of their allowed claims under the Amended Plan are impaired and entitled to vote.  The Ballot form is attached to the Amended Plan as Exhibit G, and was served on all creditors along with the Amended Plan and Notice of Hearing on May 11, 2026.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: June 1, 2026         By:    /s/Michael Jay Berger
                                   Michael Jay Berger
                                   Sofya Davtyan
                                   Attorneys for Debtor,
                                   Century Design, Inc.

3

AMENDED MOTION TO APPROVE AND CONFIRM DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 8, 2026