## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## COURT MINUTES

### *Hearing Information:*

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | Century Design Inc. | | |
| **Case Number:** | 25-03975-CL11 | **Chapter:** | 11 |
| **Date / Time / Room:** | 06/29/2026 2:00 PM, Department 1 | | |
| **Bankruptcy Judge:** | Christopher B. Latham | | |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas | | |
| **ECRO:** | FTR | | |

### *Matters:*

AMENDED MOTION TO APPROVE AND CONFIRM AMENDED PLAN OF REORGANIZATION DATED MAY 8, 2026 FILED BY DEBTOR

### *Appearances:*

Michael Jay Berger, Attorney for Century Design Inc. (*telephonic*)
Jean Goddard, Subchapter V Trustee
Elvina Rofael, Attorney for United States Trustee
Kenneth R. Shemwell, Attorney for California Bank of Commerce

### *Disposition:*

Court made findings and conclusions on the record. In addition, Court sees that all of the UST's objections have been resolved.

Court finds that there is good cause under § 1191(b) to approve the motion to confirm the plan. The motion is granted.

Order to be submitted by Mr. Berger and approved as to form by the UST.